# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED JUDGMENT IN A CIVIL CASE

**STEVEN L. KARRAKER, et al.,**
        **Plaintiffs,**

vs.                                                        Case Number:  **02-2026**

**RENT-A-CENTER, INC.,**
        **Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant and against the plaintiffs on plaintiff, Steven L. Karraker's, wrongful termination claim.

     **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs are awarded **$136,609.38 in attorney fees and $18,719.47 in costs for a total of $155,328.85.**

                                         ENTER this 2nd day of May, 2008.

                                             s/Pamela E. Robinson
                                          JOHN M. WATERS, CLERK

                                                 s/S. Johnson
                                          BY:  DEPUTY CLERK