**E-FILED**
Friday, 02 May, 2008  01:29:04 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## THIRD AMENDED JUDGMENT IN A CIVIL CASE

**STEVEN L. KARRAKER, MICHAEL A.**
**KARRAKER, CHRISTOPHER M. KARRAKER,**
        **Plaintiffs,**

    vs.                                      Case Number:  **02-2026**

**RENT-A-CENTER, INC., J. ERNEST TALLEY,**
**ASSOCIATED PERSONNEL TECHNICIANS,**
        **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant J. Ernest Talley is dismissed with prejudice.

    **IT IS FURTHER ORDERED AND ADJUDGED** that summary judgment is entered in favor of defendant Associated Personnel Technicians and against the plaintiffs on all claims.

    **IT IS FURTHER ORDERED AND ADJUDGED** that summary judgment is entered in favor of defendant Rent-A-Center, Inc., and against plaintiffs on all claims except defendant Steven Karraker's termination claim.

    **IT IS FURTHER ORDERED AND ADJUDGED** that based on this court's prior order and the parties' stipulation,  Steven Karraker's termination claim is dismissed with prejudice.

AO 450 (Rev. 5/85) Judgment in a Civil Case

**IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs are awarded $136,609.38 in attorney fees and $18,719.47 in costs for a total of $155,328.85.**

ENTER this 2nd day of May, 2008.

S/Pamela E. Robinson, Clerk

PAMELA E. ROBINSON, CLERK

s/S. Johnson

_____

BY:  DEPUTY CLERK